| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |

BEFORE:   A. KATHLEEN TOMLINSON          DATE:   1-15-2019
          U.S. MAGISTRATE JUDGE          TIME:   1:26 p.m. (2 hrs. 27 mins.)
                                         (includes off record settlement discussions)

*Valdez et al v. Zekiroski, et al.*
**CV 18-1931 (RJD) (AKT)**

TYPE OF CONFERENCE:   **SETTLEMENT CONFERENCE**

APPEARANCES:   Plaintiff    Christopher Marlborough

               Defendant    Douglas J. Klein (Muzafer Zekiroski, Zeki Electric, Inc.,
                            and Z & Z Electric, Inc.)

                            Nima Ameri (Erhan Zekiroski,
                            Zeki Electrical Management Services, LLC)

FTR:   1:26-1:29 and 3:49-3:53

THE FOLLOWING RULINGS WERE MADE:

After spending substantial time with the parties today, it is clear to the Court that this case is not amenable to settlement at this time. The Court notes that the parties had previously agreed to a continuing extension of time to answer or otherwise respond to the Complaint until today's settlement conference took place. Counsel for defendants Zekiroski and Zeki Electrical Management Services stated that he intends to move to dismiss. Pursuant to Judge Dearie's Individual Rules, counsel needs to file a letter request for a pre-motion conference to Judge Dearie and I have given counsel a deadline of February 5, 2019 to do so. Counsel for the other defendants may proceed with a motion to transfer venue. Attorney Klein was advised that a pre-motion conference before Judge Dearie is also required to such a motion. Therefore, the defendants must either file their Answers by February 5, 2019 or, alternatively, file their letter requests for a pre-motion conference to Judge Dearie by that date. The February 5, 2019 date will not be further extended.

If either or both sets of defendants decide not to proceed with motion practice, the Court will set up a telephone conference shortly after February 5 to implement a Case Management and Scheduling Order and discovery will proceed forthwith.

**SO ORDERED.**

/s/ A. Kathleen Tomlinson
A. KATHLEEN TOMLINSON
U.S. Magistrate Judge