| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **CIVIL CONFERENCE** |
| **EASTERN DISTRICT OF NEW YORK** | **MINUTE ORDER** |

BEFORE:   A. KATHLEEN TOMLINSON           DATE:   6-27-2019
                  U.S. MAGISTRATE JUDGE               TIME:   3:11 p.m. (1 hr. 48 mins.)
                                                                              (includes off record settlement discussions)

**Valdez et al v. Zekiroski, et al.**
**CV 18-1931 (RJD) (AKT)**

TYPE OF CONFERENCE:         **SETTLEMENT CONFERENCE**

APPEARANCES:   Plaintiff         Christopher Marlborough

                              Defendant      Douglas J. Klein (Muzafer Zekiroski, Zeki Electric, Inc., and
                                                      Z & Z Electric, Inc.)

                                                      Nima Ameri (Erhan Zekiroski, Zeki Electrical Management \
                                                      Services, LLC)

FTR:   3:11 – 3:12, 4:58 – 4:59

THE FOLLOWING RULINGS WERE MADE:

     I met with counsel and the parties today to work on a potential resolution of this matter. Unfortunately, it is clear to the Court that the case is not amenable to settlement at this time. Counsel will report back to Judge Dearie to address the intended motion practice.

     **SO ORDERED.**

     /s/ A. Kathleen Tomlinson
     A. KATHLEEN TOMLINSON
     U.S. Magistrate Judge